IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CAROL SHAY                                                       CV# 06-902-MA

      Plaintiff,

vs.                                              PROPOSED ORDER ATTORNEY FEES

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

---

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,063.00 and costs in the amount of $350.00 are awarded to Plaintiff's attorney, Merrill Schneider, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 19st day of June, 2007.

                                      Malcolm F. Marsh
                                      United States District Judge

Presented by:

s/ MERRILL SCHNEIDER
Attorney for Plaintiff
(503) 255-9092

ORDER – [06-902-MA]
Page 1